**Will Parks CLAY, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 17820.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1959.

Wesley R. Asinof, Atlanta, Ga., for appellant.

Floyd M. Buford, Asst. U. S. Atty., Frank O. Evans, U. S. Atty., John C. Bracy, Asst. U. S. Atty., Macon, Ga., for appellee.

Before RIVES, Chief Judge, and TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The judgment is affirmed. Reynolds v. United States, 5 Cir., 225 F.2d 123, certiorari denied 350 U.S. 914, 76 S.Ct. 197, 100 L.Ed. 801.

**Harold Franklin CLIFF, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 17683.

United States Court of Appeals
Fifth Circuit.

Oct. 30, 1959.

Rehearing Denied Nov. 28, 1959.

Zach H. Douglas, Damon G. Yerkes, Jacksonville, Fla., for appellant.

John E. Palmer, Asst. U. S. Atty., Jacksonville, Fla., Richard Kelly, Asst. U. S. Atty., Tampa, Fla., James L. Guilmartin, U. S. Atty., Tampa, Fla., for appellee.

Before RIVES, Chief Judge, and TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The only question presented is the sufficiency of the evidence of guilt to sustain the judgment of conviction. In our opinion it was sufficient. The judgment is

Affirmed.

**NATIONAL LABOR RELATIONS**
**BOARD, Petitioner,**

v.

**WARNER AND SWASEY COMPANY**
**(Badger Division).**

No. 16315.

United States Court of Appeals
Eighth Circuit.

Sept. 8, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Goldberg & Torgerson, Winona, Minn., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.